**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7099**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VANCE MARCEL GIBSON, a/k/a Reginald Hilton
Belton,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  Paul Trevor Sharp, Magistrate Judge.  (CR-93-211, CA-97-503-3)

---

Submitted:  November 18, 1997      Decided:  December 29, 1997

---

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Vance Marcel Gibson, Appellant Pro Se.  Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from a magistrate judge's orders dismissing his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) action without prejudice and denying his motion for an enlargement of time in which to file a corrected § 2255 motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. See 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders. Because Appellant could have saved this action by filing the required number of copies, the dismissal order Appellant seeks to appeal is not an appealable final order. See Domino Sugar v. Sugar Workers Local Union 392, 10 F.3d 1064 (4th Cir. 1993).

We therefore deny a certificate of appealability and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid the decisional process.

DISMISSED

2